Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GILTON BELL,

    Plaintiff,

v.                                                        Case No. 3:11cv523/MCR/CJK

JANGIR, INC. D/B/A/
HOSPITALITIY INN and
HERDEPAUL SINGH,
IPUNDER SINGH,

    Defendants.
_____/

## ORDER

The plaintiff brought this action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking unpaid minimum wages and overtime compensation. The defendants failed to answer or otherwise defend against the plaintiff's complaint; the clerk thus entered default against them. The plaintiff thereafter filed a motion for summary judgment (doc. 21), to which the defendants also failed to respond. Considering that the defendants have failed to appear in this action and no record has been made, the court finds summary judgment inappropriate; accordingly, the court construes the plaintiff's motion as a motion for a default judgment under Fed. R. Civ. P. 55(b)(2). *See, e.g., Boswell v. Gumbaytay*, No. 2:07cv135, 2009 WL 1515872, at *1 (M.D. Ala. June 1, 2009) (finding that "[s]ummary judgment would be an inapt procedural vehicle because with respect to [the defaulting defendant] issues have not been actually litigated but established by default from the defendant's failure to appear" and construing plaintiff's motion for summary judgment as a renewed motion for default judgment) (internal marks omitted). Having reviewed the motion and supporting declaration and affidavit, as well as the Complaint, the court finds that a default judgment should be entered in favor of the plaintiff and against the defendants in the amount requested. Accordingly, it is hereby ORDERED that the

Case No: 3:11cv523/MCR/CJK

plaintiff's motion for summary judgment (doc. 21), which the court has construed as a motion for a default judgment, is **GRANTED** and that the plaintiff is entitled to recover statutory damages from the defendants, jointly and severally, in the amount of $8,347.50, plus attorney's fees in the amount of $5,985 and costs in the amount of $472.65.[1] The clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** this 10th day of October, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] When a plaintiff seeks statutory damages in an amount exceeding the $750 minimum, the defendants have a right, under the Seventh Amendment to the United States Constitution, to a jury determination of the amount of statutory damages. *See Feltner v. Columbia Pictures Television, Inc.*, 523 U.S. 340, 342 (1998). Because the defendants failed to make a demand for a jury trial, however, they waived that right. *See* Fed. R. Civ. P. 38(d).

Case No. 3:11cv523/MCR/CJK